UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Jill Sutter, | Case No. 0:21-cv-1250 (MJD/HB) |
| Plaintiff, | |
| | **NOTICE OF SETTLEMENT** |
| vs. | |
| Bank of America, N.A., | |
| Defendant. | |

_____

PLEASE TAKE NOTICE that all claims in the above-captioned action have been settled. Accordingly, the parties jointly request that the Settlement Status Call scheduled for **August 16, 2021 at 8:30am**, with the Honorable Magistrate Judge Hildy Bowbeer, be canceled. The parties anticipate filing a Stipulation of Dismissal with Prejudice and Proposed Order within the next 30 days, once the settlement agreement has been fully executed.

Dated:  August 9, 2021         **WALKER & WALKER LAW OFFICES PLLC**
By:   /s/ *Kimberly Zillig*
Kimberly Zillig (#0278129)
kimberly@bankruptcytruth.com
4356 Nicollet Ave. S.
Minneapolis, MN 55409
Tel: (612) 824-4357
*Attorneys for Plaintiff Jill Sutter*

1

|  |  |
|---|---|
|  | **TAFT STETTINIUS & HOLLISTER LLP** |
| Dated: August 9, 2021 | By:   */s/ Mark G. Schroeder*  <br>Mark G. Schroeder (#171530)<br>2200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402-2157<br>(612) 977-8400<br>**mschroeder@taftlaw.com**<br>*Attorneys for Defendant Bank of America, N.A.* |