## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jill Sutter, | Court File No. 21-cv-0250 (MJD/HB) |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL** |
| Bank of America, N.A., | |
| Defendant. | |

The above parties stipulate, through their respective undersigned counsel, that all claims in this action may be dismissed with prejudice, with each party to bear their own costs and fees.

Dated: September 23, 2021          By:   *s/ Andrew C. Walker*
     Andrew C. Walker (#392525)
**WALKER & WALKER LAW OFFICES, PLLC**
4356 Nicollet Ave. S.
Minneapolis, MN 55409
(612) 824-4357
kimberly@bankruptcytruth.com

**ATTORNEYS FOR PLAINTIFF**


Dated: September 23, 2021          By:   s/ Mark G. Schroeder
     Mark G. Schroeder (#171530)
**TAFT STETTINIUS & HOLLISTER LLP**
2200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2157
(612) 977-8400
mschroeder@taftlaw.com

**ATTORNEYS FOR DEFENDANT**

71165333v2