# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jill Sutter, | Court File No. 21-cv-1250 (MJD/HB) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| Bank of America, N.A., | |
| Defendant. | |

Based on a stipulation signed by the counsel for the parties to this action under Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED** that this action is dismissed with prejudice immediately. The parties shall bear their own costs and fees.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  September 27, 2021

s/Michael J. Davis
Michael J. Davis
United States District Court