# UNITED STATES DISTRICT COURT
## District of Minnesota

Jill Sutter,                                                   **JUDGMENT IN A CIVIL CASE**

                Plaintiff(s),

v.                                                      Case Number: 21-cv-1250 (MJD/HB)

Bank of America, N.A.,

                Defendant(s).

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  IT IS ORDERED AND ADJUDGED THAT:

this action is dismissed with prejudice immediately. The parties shall bear their own costs and fees.

Date: 9/28/2021                                                                KATE M. FOGARTY, CLERK